IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )     8:12CR345
                               )
     v.                        )
                               )
MICHAEL S. PARTAIN,            )     ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue trial to date certain (Filing No. 15). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that trial of this matter is scheduled for:

**Tuesday, January 29, 2013, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between December 5, 2012, and January 29, 2013, shall be deemed